# United States Court of Appeals
## For the Eighth Circuit

_____

No. 17-1715
_____

United States of America

*Plaintiff - Appellee*

v.

Guillermo Chan Sanchez, also known as Guillermo Sanchez Chan

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Southern District of Iowa - Des Moines
_____

Submitted: November 1, 2017
Filed: November 9, 2017
[Unpublished]
_____

Before LOKEN, MURPHY, and SHEPHERD, Circuit Judges.
_____

PER CURIAM.

Guillermo Chan Sanchez directly appeals the sentence the district court[1] imposed after he pleaded guilty to immigration and drug offenses. His counsel has

_____

[1]The Honorable Stephanie M. Rose, United States District Judge for the Southern District of Iowa.

moved for leave to withdraw, and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), suggesting that the sentence is substantively unreasonable.

After careful review, we conclude that the district court did not impose a substantively unreasonable sentence. <u>See</u> <u>United States v. Salazar-Aleman</u>, 741 F.3d 878, 881 (8th Cir. 2013) (discussing appellate review of sentencing decisions). In addition, having independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we find no nonfrivolous issues for appeal. Accordingly, we affirm the judgment, and we grant counsel's motion to withdraw.

_____